IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY NEWCOMB, *on behalf of herself and all others similarly situated,*<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 4:17-cv-11793-TSH |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Wendy Newcomb ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant"), by and through their counsel, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action, with each party to bear their own fees and costs.

Dated:  April 22, 2019

BERGER MONTAGUE PC

BY: /s/ John G. Albanese
John G. Albanese (*pro hac vice*)
E. Michelle Drake (*pro hac vice*)
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel. 612.594.5999
Fax 612.584.4470
jalbanese@bm.net
emdrake@bm.net

KEHOE LAW FIRM, P.C.
Michael K. Yarnoff (*pro hac vice*)
Two Penn Center Plaza
1500 JFK Blvd., Suite 1020

Respectfully submitted,

JONES DAY

BY: /s/Laura Diss Gradel
Christopher M. Morrison
(BBO# 651335)
Laura Diss Gradel (BBO #692315)
100 High Street, 21st Floor
Boston, MA 02110-1781
Tel. 617.960.3939
Fax 617.449.6999
cmorrison@jonesday.com
lgradel@jonesday.com
*Attorneys for Defendant Experian Info. Sols., Inc.*

1

Philadelphia, PA 19102
Tel. 215.792.6676
myarnoff@kehoelawfirm.com

LICHTEN & LISS-RIORDAN, P.C.
Harold L. Lichten (BBO #549689)
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel. 617.994.5800
hlichten@llrlaw.com
*Attorneys for Plaintiff Newcomb*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation was electronically filed with the Court on April 22, 2019 and is available for viewing and downloading from the ECF system.  All counsel of record were served via electronic notification.

Date: April 22, 2019                           /s/John G. Albanese
                                               John G. Albanese (*pro hac vice*)